IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| SAT PAL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11-cv-3122-LSC-TMP |
| | ) | |
| ERIC HOLDER, | ) | |
| ATTORNEY GENERAL, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

On March 4, 2013, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed. To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.

Done this 22nd day of March 2013.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
[160704]